[No. 15306-8-II.   Division Two.   October 19, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD HENSLEE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-1-00258-2, James I. Maddock, J., entered September 5, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.

[No. 15510-9-II.   Division Two.   October 19, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL REDDING, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 58941RO20, Rosanne Buckner, J., entered September 26, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 15196-1-II.   Division Two.   October 19, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN MICHAEL RUBINS, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 90-1-00100-3, William E. Howard, J., entered July 30, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.,